[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-14553
Non-Argument Calendar

_____

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**May 19, 2005**
**THOMAS K. KAHN**
**CLERK**

D. C. Docket No. 04-20194-CR-JAL

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILSON DARIO MIRA-LONDONO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(May 19, 2005)**

Before TJOFLAT, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Wilson Dario Mira-Londono appeals his 58-month sentence for importation

of 100 grams of more of heroin, in violation of 21 U.S.C. §§ 952(a) and 960(b)(2).

On appeal, Mira-Londono argues that he should have been given a two-level

minor-role reduction pursuant to U.S.S.G. § 3B1.2, contending that, as a courier, he played a minor role relative to other participants in the drug-smuggling conspiracy.

In his initial brief, Mira-Londono also raised a challenge to his sentence based on Blakely v. Washington, 542 U.S. __, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). In his reply brief, however, Mira-Londono expressly withdrew that issue from our consideration. Therefore, we express no opinion on the merits of that claim, and we do not consider the application of United States v. Booker, 125 S.Ct. 738 (2005), to this appeal. See United States v. Lebovitz, 401 F.3d 1263, 1265 n.1 (11th Cir. 2005). We otherwise find no reversible error.

**AFFIRMED.**